# Wisconsin Court of Appeals

2017 WI App 34

(Also reported in 899 N.W.2d 737.)

| | | | |
|---|---|---|---|
| City of Madison v. Family Business LLC | 2012AP002179 | 04–25–2017 | Affirmed |
| State v. Monahan† | 2014AP002187 CR | 04–27–2017 | Affirmed/ reversed/ remanded |
| State v. Donley† | 2015AP000592 | 04–11–2017 | Affirmed |
| Victory Valley Church, Inc. v. Purported Victory Valley Church† | 2015AP000866 | 04–05–2017 | Affirmed |
| Zabler v. Weber† | 2015AP001187 | 04–27–2017 | Affirmed |

† Petition to review filed.